# Executive Grant of Clemency

**AFTER CONSIDERING** the applications for executive clemency of the following named persons and a letter from the Department of Justice recommending executive clemency in each case, I hereby grant full and unconditional pardons to the following named persons for those offenses against the United States described in each such recommendation:

RYAN MICHAEL ASHBROOK

ROBERT SPENCER BAINES

ROY DARRELL BENSON

THERESA MARIE BISHOP,
  AKA TERESA CLARK

TAVIA DION BLUME

BOB EDWARD BONE

PHILIP STEPHEN BROWN,
  AKA PHIL BROWN

JESSE DANIEL BURGHER,
  AKA JESSIE BURGHER

CARYN LYNN CAMP,
  FKA CARYN CAMP-KENWORTHY

RANDY DALE CANTU

JAMES RANDOLPH CARTER

DOLLY ANN CHAMBERLAIN,
  FKA DOLLY ANN TAYLOR

TIETTI ONETTE CHANDLER,
  FKA TIETTI CHANDLER-SHELTON

LARRY WAYNE CHILDRESS, JR.

KRISTI LYNN COE,
  AKA KRISTI LYNN COE-HAGAN
  AND FKA KRISTI HINSHAW

MELISSA RAE CONLEY,
  FKA MELISSA FAITH

CHRISTOPHER JOHN DARVILLE

AMANDA KUCHARSKI DEBLAUW,
  FKA AMANDA RICHMOND

LEHI VICTORIA DICKEY,
  AKA LAHI DICKEY
  AND FKA LEHI DICKEY BRYANT

RONALD LEE EYLER

MICHAEL ANTHONY FACCHIANO, JR.

THERESA RENEE GARDLEY,
  FKA THERESA RENEE NAPER
  AND THERESA RENEE THORNTON

KARIM RIAD GEORGY

DONALD LEE GILBERT

PAMELA ANN GOLEMBA

RICHARD ALLEN GRAHAM

BOBBY JOSEPH GUIDRY,
  AKA BOB GUIDRY

EDWARD JOHN HARTMAN

WILLIAM BERNIE HECKLE, JR.,
  AKA BILLY HECKLE

JULEEN NICOLE HENRY

JAMES RALPH HOECKELMAN

RALPH ALLEN HOEKSTRA,
  AKA RALPH ALAN HOEKSTRA

SAMUEL WESLEY HOWZE,
  AKA SALA UDIN

HERMAN LAMONT JACKSON

MARK EDWARD JOHNSON

CATHY MAE JONES,

   FKA CATHY MAE BENNETT

FABIUS ROMERO JONES

RICKY EUGENE JONES

JAMES HAROLD KEATON

DEAN ROBERT KONDO

MARY ANN KRAUSER,

   FKA MARY ANN IRON SHIELD

EMMANUEL GABRIEL LEEPER

KEITH ALAN LITTLE

VICTORIA HUNTER LOWE

DAWN MASCARI,

   FKA DAWN STEPONAVICH

JAMES WILLIE MCGRADY, JR.

JOHN FREDERICK MCNEELY, JR.

KENNETH SHANNON MEADOWS,

   AKA KENNY SHANNON MEADOWS

ROGER DELOS MELIUS

SAMUEL NYAMONGO MONGARE

STEVEN ODELL MOON

GEORGE BERNARD MORAN

THOMAS WHITFIELD MORRIS, JR.

CHRISTOPHER MURATORE

SERENA DENISE NUNN

FRANCIS JOSEPH O'HARA, SR.

JAMES ALLEN PALMATIER

ALLEN WAYNE PARKER

ROBERT ALLEN PETTY

BENJAMIN RAMOS

ERICA RENEE RAMOS,

   FKA ERICA RENEE DEVORE

   AND ERICA RENEE RAMIREZ

DORETHA DOREEN RHONE

ADAM PHILIP RICCIARDIELLO

RAMON ESCALERA SANCHEZ

BRYAN SCOT SANDQUIST

HEIDI KAY SCHMIDT,

   FKA HEIDI KAY WATT

ALLEN THOMPSON SHERWOOD

KASEEN LATHELL SIMMONS,

   AKA CENO SMITH

BRENDA LORENE SINCLAIR,

   FKA BRENDA LORENE PONTIUS

MICHAEL SLAVINSKY

RICHARD EARL SMOUT

ROBIN SHELLEY SOODEEN

PAMELA JOY STOKES

JOSEPH EUGENE SWIES

SHARI DEE TROMPKE

JESSICA ANN TYSON,

   FKA JESSICA ANN MARTIN

ROBERT STEVEN WARDEN

VERA MAE YURISICH

    **I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to sign each grant of clemency to the persons named herein. The Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of December in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**